### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4329                    Assigned/Issued By: j. n.

Judge Name: castillo                     Designated Magistrate Judge: cole

---

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____               Receipt #: 2981060_____

Date Payment Rec'd: 7-30-08_____    Fiscal Clerk: j. n._____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets          ☐ Other

☐ Writ _____              _____
      *(Type of Writ)*                 _____
                                       *(Type of issuance)*

1____ Original and 0_____ copies on 7-30-08_____ as to defendant_____
                                       *(Date)*