AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

EUNICE LOCKETT
Plaintiff,

CASE NUMBER: 08CV4329

V.

ASSIGNED JUDGE: JUDGE CASTILLO

CERTEGY CHECK SERVICES, INC.
Defendant.

DESIGNATED
MAGISTRATE JUDGE: MAG. JUDGE COLE

TO: (Name and address of Defendant)

Certegy Check Services
c/o Registered Agent: CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes

(By) DEPUTY CLERK

**August 4, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 08/04/08 |
| NAME OF SERVER (PRINT) Georgia Schulte | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 208 S. LaSalle St. Suite 814 Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — | SERVICES — | TOTAL — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08/04/08       *G. Schulte*
                Date                  Signature of Server

Suite 1800
120 S. LaSalle St., Chicago, IL, 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.