## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>EUNICE LOCKETT<br>v.<br>CERTEGY CHECK SERVICES, INC. | Case Number: 08-cv-4329 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Certegy Check Services, Inc.

| | |
|---|---|
| NAME (Type or print)<br>David L. Hartsell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David L. Hartsell | |
| FIRM<br>McGuireWoods LLP | |
| STREET ADDRESS<br>77 W. Wacker Drive, Suite 4100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6192380 | TELEPHONE NUMBER<br>(312) 849-8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed the foregoing **APPEARANCE OF DAVID L. HARTSELL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Tara L. Goodwin
>Rupali R. Shah
>EDELMAN, COMBS, LATTURNER &
>    GOODWIN, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, IL 60603
>dedelman@edcombs.com
>ccombs@edcombs.com
>jlatturner@edcombs.com
>tgoodwin@edcombs.com
>rshah@edcombs.com

/s/ David L. Hartsell

\6487722.1