**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EUNICE LOCKETT,                )<br>                                              )<br>       Plaintiff,                         )<br>                                              )<br> v.                                          )<br>                                              )<br> CERTEGY CHECK SERVICES, INC.,  )<br>                                              )<br>                                              )<br>       Defendant.                     | Case No. 08-cv-4329<br><br>Judge Castillo<br>Magistrate Judge Cole |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S
COMPLAINT**

NOW COMES Defendant, Certegy Check Services, Inc. ("Certegy"), by and through its undersigned attorneys, and for its Unopposed Motion for an Extension of Time to File Its Responsive Pleading to Plaintiff's Complaint states as follows:

1. On July 30, 2008, Plaintiff filed her class action complaint against Certegy.

2. Certegy's counsel recently learned that service was effectuated on Certegy on August 4, 2008 and that Certegy's response to the complaint was due on August 25, 2008.

3. Certegy's counsel needs additional time to review the materials in order to file an appropriate responsive pleading to Plaintiff's complaint.

4  Plaintiff has *no objection* to Certegy's request for additional time to file a responsive pleading.

5.   Therefore, Certegy requests that this Court grant Certegy an additional twenty-one (21) days, up to and including September 16, 2008, to respond to Plaintiff's complaint.

WHEREFORE, Defendant Certegy Check Services, Inc. respectfully requests that this Honorable Court grant Certegy an extension of time, up to and including September 16, 2008, to file its responsive pleading to Plaintiff's complaint and grant whatever further relief this Court deems just and appropriate.

Dated: August 18, 2008                    Respectfully submitted,

CERTEGY CHECK SERVICES, INC.

By:    /s/  David T. Meehan

David L. Hartsell
David T. Meehan
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
(312) 849-8100
dhartsell@mcguirewoods.com
dmeehan@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed the foregoing **NOTICE OF MOTION** and **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Tara L. Goodwin
>Rupali R. Shah
>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, IL 60603
>dedelman@edcombs.com
>ccombs@edcombs.com
>jlatturner@edcombs.com
>tgoodwin@edcombs.com
>rshah@edcombs.com

/s/ David T. Meehan