**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EUNICE LOCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-4329 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | Magistrate Judge Cole |
| CERTEGY CHECK SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, August 26, 2006, at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo presiding in Room 2141, 219 S. Dearborn St., Chicago, Illinois, to present **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**, a copy of which is hereby attached.

Dated:  August 18, 2008        Respectfully submitted,

                               CERTEGY CHECK SERVICES, INC.


                               By:     /s/  David T. Meehan

                               David L. Hartsell
                               David T. Meehan
                               McGUIREWOODS LLP
                               77 W. Wacker Drive, Suite 4100
                               Chicago, Illinois 60601
                               (312) 849-8100
                               dhartsell@mcguirewoods.com
                               dmeehan@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2008, I electronically filed the foregoing **NOTICE OF MOTION and DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Tara L. Goodwin
>Rupali R. Shah
>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, IL 60603
>dedelman@edcombs.com
>ccombs@edcombs.com
>jlatturner@edcombs.com
>tgoodwin@edcombs.com
>rshah@edcombs.com

/s/ David T. Meehan