## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Eunice Lockett
                           Plaintiff,

v.                                            Case No.: 1:08–cv–04329
                                                       Honorable Ruben Castillo

Certegy Check Services, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendant's unopposed motion for extension of time to file its responsive pleading to Plaintiff's complaint [14] is granted. Defendant to answer or otherwise plead to the complaint on or before 9/16/2008. Motion hearing set for 8/26/2008 is vacated. Status hearing set for 9/18/2008 at 9:45 a.m. will stand.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.